FILE COPY



SHARON KELLER
PRESIDING JUDGE

BARBARA P. HERVEY
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
MARY LOU KEEL
SCOTT WALKER
MICHELLE M. SLAUGHTER
JESSE F. MCCLURE, III
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DEANA WILLIAMSON
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

May 12, 2021

12th Court Of Appeals Clerk
Katrina Mcclenny
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

**Re:** Elliott, Holly Leann
**CCA No.** PD-1088-20                                    **COA No.** 12-20-00025-CR
**Trial Court Case No.** 007-1273-19

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Holly Leann Elliott
       District Attorney Smith County (Delivered Via E-Mail)
       District Clerk Smith County (Delivered Via E-Mail)
       Stacey M. Soule (Delivered Via E-Mail)
       Amy R. Blalock (Delivered Via E-Mail)
       Presiding Judge 7th District Court (Delivered Via E-Mail)